Victor Andrews
       Plaintiff,

v.             Case No.: 1:19–cv–05288
              Honorable Rebecca R. Pallmeyer

DS Cantina, Inc.
       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 22, 2019:

  MINUTE entry before the Honorable Rebecca R. Pallmeyer: Pursuant to Plaintiff's notice of dismissal, this case is dismissed without prejudice. Status hearing previously set for 10/8/19 is stricken. Civil Case Terminated. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.